WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Raul Ortiz-Tarazon, Sr., | No. CV-16-00073-PHX-JAT |
| Movant/Defendant, | CR-12-00877-01-PHX-JAT |
| v. | **ORDER** |
| USA, | |
| Respondent/Plaintiff. | |

On February 3, 2016, this Court reassigned the then pending motions for sentencing reductions pursuant to the U.S.S.G. 782 Amendment to Judge Wake. (Doc. 915 in CR 12-877). On the second page of that Order, there was an incorrect reference to Defendant Hector Raul Ortiz-Tarazon, Sr.'s motion to vacate under 28 U.S.C. § 2255. That motion, and corresponding case CV 16-73, were never reassigned to Judge Wake, only the motion for sentencing reduction under 782.[1] Accordingly, the Order at Doc. 915 is amended to delete any reference to the motion to vacate.

Now pending in CV 16-73 is Movant's motion to vacate this Court's decision in CV 16-73. The motion to vacate is premised on Movant's belief (based on the erroneous reference to his 2255 motion in this Court's reassignment order) that the undersigned recused on his 2255 motion. As stated above, the undersigned did not recuse on that motion. Therefore, the Motion to Vacate will be denied.

---

[1] The motion for sentencing reduction under 782 was ultimately withdrawn, thus the reassignment proved unnecessary. (Docs. 933 and 934 in CR 12-877).

Based on the foregoing,

**IT IS ORDERED** that the Order at Doc. 915 in CR 12-877 is deemed amended to delete any reference to Movant's then pending motion to vacate pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that the motion to vacate at Doc. 21 in CV 16-73 is denied.

Dated this 9th day of May, 2017.

James A. Teilborg
Senior United States District Judge